IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:24-cv-00205-FDW-SCR

| | |
|---|---|
| JEREMIAH WEXLER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Consent Motion for Remand, (Doc. No. 7), to the Acting Commissioner for further administrative proceedings, including a new hearing. The Commissioner wishes to conduct further fact finding.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby remands the case under sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings. *See* Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**IT IS SO ORDERED.**

Signed: December 5, 2024

Frank D. Whitney
United States District Judge

1